# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JANINE EUBANKS,

    *Plaintiff*,

v.

RIDGELINE MOTORS LLC & NICK TURSI,

    *Defendants*.

Civil Action No. 21-20129

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    For the reasons set forth in the accompanying Opinion, and good cause shown,

    **IT IS** on this **22nd** day of August, 2022,

    **ORDERED** that Plaintiff's motion for default judgment, D.E. 13, is **GRANTED in part**; and it is further

    **ORDERED** that within thirty (30) days of the date of this Order, Plaintiff shall submit documents that sufficiently prove the purchase price of the Vehicle; and it is further

    **ORDERED** that Plaintiff shall submit a letter specifying whether Plaintiff seeks damages for the Vehicle under the CFA claim, under the breaches of warranties claims, or under conversion. Plaintiff is only entitled to recover under one of her liability theories; and it is further

    **ORDERED** that Plaintiff's motion is otherwise **GRANTED**; and it is further

    **ORDERED** that the Clerk shall serve this Order and the accompanying Opinion upon Plaintiff by regular mail and by certified mail return receipt.

                                                                 John Michael Vazquez, U.S.D.J.